Allen v. Leffel et al					Doc. 5

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2006

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **DERRICK WADDELL ALLEN,** ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00389 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **LT. LEFFEL, et al.,** ) | By: Samuel G. Wilson |
| Defendants. ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are hereby **DENIED** as **MOOT**, and this case is **STRICKEN** from the active docket of the court.

ENTER: This 29th day of June 2006.

_____
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com