CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 29 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DERRICK WADDELL ALLEN,<br>　　Plaintiff, | )<br>)　Civil Action No. 7:06cv00389<br>) |
| v. | )　**FINAL ORDER**<br>) |
| LT. LEFFEL, et al.,<br>　　Defendants. | )　By: Samuel G. Wilson<br>)　United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), all other pending motions are hereby **DENIED** as **MOOT**, and this case is **STRICKEN** from the active docket of the court.

**ENTER**: This 29th day of June 2006.

_____
UNITED STATES DISTRICT JUDGE